IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL EUZEL JACQUES,** | Case No. 2:21-cv-02143-KJM-EFB |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **M. SIMPSON, et al.,** | |
| Defendants. | |

Defendants filed an administrative motion requesting leave to depose Plaintiff after the discovery cutoff. ECF No. 27. Plaintiff filed a motion to reschedule her deposition. ECF No. 26. Good cause appearing, the Court GRANTS the motions as stated herein.

Defendants' deadline to take Plaintiff's deposition is changed to December 9, 2022. The Clerk of the Court shall terminate ECF Nos. 26 and 27.

IT IS SO ORDERED.

Dated: November 10, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

[~~Proposed~~] Order (2:21-cv-02143-KJM-EFB)