IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL EUZEL JACQUES,** | Case No. 2:21-cv-02143-KJM-EFB |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **M. SIMPSON, et al.,** | |
| Defendants. | |

    Plaintiff Michael Jacques is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    Currently before the Court is Defendants' motion for administrative relief seeking a fourteen-day extension of time to serve Plaintiff with Defendants' supplemental responses to Plaintiff's document production requests as required by the Court's order dated November 3, 2022 (ECF No. 28).

/////

/////

/////

/////

/////

Good cause having been presented, it is ordered that Defendants' motion for administrative relief is GRANTED and the November 28, 2022 deadline to serve Plaintiff with Defendants' supplemental responses to Plaintiff's document production requests is extended to December 12, 2022.

IT IS SO ORDERED.

Dated: November 29, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE